THE PEOPLE OF THE STATE OF ILLINOIS, Defendant in Error, *vs.* THE BOWES-ALLEGRETTI COMPANY *et al.* Plaintiffs in Error.

*Opinion filed April 21, 1910.*

This case is controlled by the decision in *Ritchie & Co.* v. *Wayman,* (*ante,* p. 509.)

VICKERS, J., dissenting.

WRIT OF ERROR to the Municipal Court of Chicago; the Hon. JUDSON F. GOING, Judge, presiding.

HAYNIE & LUST, (WILLIAM DUFF HAYNIE, of counsel,) for plaintiffs in error.

W. H. STEAD, Attorney General, and JOHN E. W. WAYMAN, State's Attorney, for the People.

Per CURIAM: The constitutionality of the act of 1909, generally known as the Woman's Ten Hour law, is involved in this case, as it is in *Ritchie & Co.* v. *Wayman,* (*ante,* p. 509,) where said act is held to be constitutional. In accordance with the views expressed in the opinion filed in that case, the judgment of the municipal court of Chicago will be affirmed.

*Judgment affirmed.*

Mr. JUSTICE VICKERS, dissenting.